IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Kevin Gunn,<br><br>        Plaintiff,<br><br>vs.<br><br>James Tilton, et al.<br><br>        Defendants. | No. 1:08-CV-1039- SRB<br><br>**ORDER** |

       The Court has considered Plaintiff's 2nd Request for Enlargement of Time: Declaration of Kevin Gunn. Without opposition;

       IT IS ORDERED granting Plaintiff's Request for Enlargement to Time. (Doc. 41).

       IT IS FURTHER ORDERED that Plaintiff's response to Defendant's Motion for Summary Judgment shall be filed on or before August 6, 2010.

       DATED this 27th day of July, 2010.

*[signature: Susan R. Bolton]*

Susan R. Bolton
United States District Judge